DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIO ALONZO JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. Cr. S 97-101 WBS |
| Plaintiff, | ) **EX PARTE REQUEST TO CONTINUE STATUS** |
| | ) **CONFERENCE; [~~lodged~~] ORDER** |
| v. | ) |
| | ) **RETROACTIVE CRACK COCAINE REDUCTION** |
| MARIO ALONZO JOHNSON, | ) **CASE** |
| | ) Date:  May 27, 2008 |
| Defendant. | ) Time:  8:30 a.m. |
| | ) Judge: Hon. WILLIAM B. SHUBB |
| _____ | ) |

Defendant, MARIO ALONZO JOHNSON, by and through his attorney, Assistant Federal Defender David M. Porter, hereby requests that the Court continue the status conference, currently set for May 27, 2008, to June 23, 2008 at 8:30 a.m., because of the unavailability of the government's attorney, Assistant U.S. Attorney Jason Hitt.

Dated:  May 22, 2008

                                                  Respectfully submitted,

                                                  DANIEL J. BRODERICK
                                                  Federal Defender

                                                  */s/ David M. Porter*
                                                  DAVID M. PORTER
                                                  Assistant Federal Defender

                                                  Attorney for Movant

**ORDER**

Pursuant to the ex parte request of defendant, and good cause appearing therefor, the status conference set for May 27, 2008, is CONTINUED to Monday, June 23, 2008, at 8:30 a.m.

Dated: May 23, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-