```
DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIO ALONZO JOHNSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S 97-101 WBS |
| ) | |
| Plaintiff, ) | **STIPULATED REQUEST FOR SCHEDULING** |
| ) | **ORDER; [~~lodged~~] ORDER** |
| v. ) | |
| ) | **RETROACTIVE CRACK COCAINE** |
| MARIO ALONZO JOHNSON, ) | **REDUCTION CASE** |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Pursuant to the Court's order of June 21, 2008, the parties, by and through their attorneys, file this stipulated request for a briefing schedule and hearing on Mr. Johnson's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), and request the court enter the order lodged herewith.

Dated:  August 5, 2008

Respectfully submitted,

| | |
|---|---|
| McGREGOR SCOTT | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |
| | |
| ___/s/ Jason Hitt_____ | ___/s/ *David M. Porter*_____ |
| JASON HITT | DAVID M. PORTER |
| Assistant U.S. Attorney | Assistant Federal Defender |
| | |
| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | MARIO ALONZO JOHNSON |

1                            O R D E R

2       For the reasons set forth above, and good cause appearing

3  therefor, the Court sets the following schedule:

4       Amended Motion:          Due August 15, 2008

5       Government Response:     Due August 29, 2008

6       Reply:                   Due September 8, 2008

7       Hearing:                 September 22, 2008, at 8:30 a.m.

8       IT IS SO ORDERED.

9  Dated: August 7, 2008

```
                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE
```

STIPULATED REQUEST FOR BRIEFING SCHEDULE
-2-