```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR-S-97-0101 WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND ~~PROPOSED~~ ORDER |
| | ) RESETTING THE BRIEFING SCHEDULE |
| v. | ) AND HEARING DATE ON THE |
| | ) DEFENDANT'S MOTION FOR REDUCTION |
| MARIO ALONZO JOHNSON, | ) OF SENTENCE PURSUANT TO 18 U.S.C. |
| | ) § 3582(c)(2) |
| Defendant. | ) |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Mario Alonzo Johnson, by and through his counsel, David Porter, Esq., stipulate and agree that the briefing schedule for defendant's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) should be reset according to the following schedule:

/ / /

/ / /

/ / /

/ / /

/ / /

1         <u>Government's Opp.</u>:       September 28, 2008

2         <u>Defendant's Reply</u>:      October 6, 2008

3         <u>Hearing on Motion</u>:      October 14, 2008, at 8:30 a.m.

4

5                                    Respectfully Submitted,

6                                    McGREGOR W. SCOTT
                                     United States Attorney
7

8 DATED: September 24, 2008     By: <u>/s/Jason Hitt</u>
                                     JASON HITT
9                                    Assistant U.S. Attorney

10

11 DATED: September 24, 2008     By: <u>/s/Jason Hitt</u>
                                    Authorized to sign for Mr. Porter
12                                    on 09-19-08
                                    DAVID PORTER, Esq.
13                                    Attorney for Mario JOHNSON

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

Based upon the representation and stipulation of counsel, the Court adopts the revised briefing schedule on defendant's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) as follows:

| | |
|---|---|
| <u>Government's Opp.</u>: | September 28, 2008 |
| <u>Defendant's Reply</u>: | October 6, 2008 |
| <u>Hearing on Motion</u>: | October 14, 2008, at 8:30 a.m. |

**IT IS SO ORDERED.**

DATED: September 23, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE