DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIO ALONZO JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MARIO ALONZO JOHNSON, <br> Defendant. | No. Cr. S 97-101 WBS <br> **STIPULATED REQUEST TO MODIFY BRIEFING/HEARING SCHEDULE;** <br> **[~~lodged~~] ORDER** <br> **<u>RETROACTIVE CRACK COCAINE REDUCTION CASE</u>** |

The parties, Plaintiff UNITED STATES OF AMERICA, by and through its attorney, Assistant United States Attorney Jason Hitt, and Defendant, MARIO ALONZO JOHNSON, by and through his attorney, Assistant Federal Defender David M. Porter, stipulate and agree that the briefing schedule and hearing date on Mr. Johnson's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), be modified as follows:

Defendant's reply:     Due on or before November 3, 2008

Hearing:               Monday, November 10, 2008 at 8:30 a.m.

/ / /

/ / /

/ / /

/ / /

Dated:  October 3, 2008

Respectfully submitted,

| McGREGOR SCOTT | DANIEL J. BRODERICK |
|---|---|
| United States Attorney | Federal Defender |

  /s/ *Jason Hitt*                       /s/ *David M. Porter*
JASON HITT                           DAVID M. PORTER
Assistant U.S. Attorney              Assistant Federal Defender

Attorney for Plaintiff               Attorney for Movant
UNITED STATES OF AMERICA             MARIO ALONZO JOHNSON

O R D E R

Pursuant to the parties' stipulation, the Court modifies the briefing and hearing schedule in the above-entitled matter as follows:

   Reply:                 Due on or before November 3, 2008

   Hearing:               November 10, 2008, at 8:30 a.m.

   IT IS SO ORDERED.

Dated: October 3, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO MODIFY
BRIEFING/HEARING SCHEDULE