DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIO ALONZO JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>MARIO ALONZO JOHNSON,<br><br>        Defendant. | No. Cr. S 97-101 WBS<br><br>**STIPULATED REQUEST TO MODIFY BRIEFING/HEARING SCHEDULE; [lodged] ORDER**<br><br>**<u>RETROACTIVE CRACK COCAINE REDUCTION CASE</u>** |

The parties, Plaintiff UNITED STATES OF AMERICA, by and through its attorney, Assistant United States Attorney Jason Hitt, and Defendant, MARIO ALONZO JOHNSON, by and through his attorney, Assistant Federal Defender David M. Porter, stipulate and agree that the briefing schedule and hearing date on Mr. Johnson's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), be modified as follows:

Defendant's reply:      Due on or before January 20, 2009

Hearing:                Monday, January 26, 2009, at 8:30 a.m.

/ / /

/ / /

/ / /

/ / /

1  Dated:  December 5, 2008

2  Respectfully submitted,

3  McGREGOR SCOTT                      DANIEL J. BRODERICK
   United States Attorney              Federal Defender
4
   ___/s/ *Jason Hitt*_____        ___/s/ *David M. Porter*____
5  JASON HITT                          DAVID M. PORTER
   Assistant U.S. Attorney             Assistant Federal Defender
6
   Attorney for Plaintiff              Attorney for Movant
7  UNITED STATES OF AMERICA            MARIO ALONZO JOHNSON

8                              O R D E R

9       Pursuant to the parties' stipulation, the Court modifies the

10 briefing and hearing schedule in the above-entitled matter as follows:

11      Reply:                  Due on or before January 20, 2009

12      Hearing:                January 26, 2009, at 8:30 a.m.

13 **IT IS SO ORDERED.**

14 Dated:  December 8, 2008

15                          _____
                            WILLIAM B. SHUBB
16                          UNITED STATES DISTRICT JUDGE

17

...

28
   STIPULATED REQUEST TO MODIFY
   BRIEFING/HEARING SCHEDULE
                                    -2-