DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIO ALONZO JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARIO ALONZO JOHNSON,<br><br>    Defendant. | No. Cr. S 97-101 WBS<br><br>**STIPULATED REQUEST TO MODIFY BRIEFING/HEARING SCHEDULE; [lodged] ORDER**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE** |

The parties, Plaintiff UNITED STATES OF AMERICA, by and through its attorney, Assistant United States Attorney Jason Hitt, and Defendant, MARIO ALONZO JOHNSON, by and through his attorney, Assistant Federal Defender David M. Porter, stipulate and agree that the briefing schedule and hearing date on Mr. Johnson's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), be modified as follows:

Defendant's reply:     Due on or before February 24, 2009

Hearing:               Monday, March 2, 2009, at 8:30 a.m.

/ / /

/ / /

/ / /

/ / /

1  Dated: January 21, 2009

2  Respectfully submitted,

3  LAWRENCE G. BROWN                      DANIEL J. BRODERICK
   Acting United States Attorney          Federal Defender

4
   ___/s/ *Jason Hitt*_____           ___/s/ *David M. Porter*_____
5  JASON HITT                             DAVID M. PORTER
   Assistant U.S. Attorney                Assistant Federal Defender
6
   Attorney for Plaintiff                 Attorney for Movant
7  UNITED STATES OF AMERICA               MARIO ALONZO JOHNSON

8                                 O R D E R

9       Pursuant to the parties' stipulation, the Court modifies the

10  briefing and hearing schedule in the above-entitled matter as follows:

11       Reply:                  Due on or before February 24, 2009

12       Hearing:                March 2, 2009, at 8:30 a.m.

13  **IT IS SO ORDERED.**

14  Dated: January 21, 2009

15
                        _____
16                      WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28
    STIPULATED REQUEST TO MODIFY
    BRIEFING/HEARING SCHEDULE
                                    -2-