| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | DAVID M. PORTER, Bar #127024 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | MARIO ALONZO JOHNSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S 97-101 WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATED REQUEST TO MODIFY** |
| | ) | **BRIEFING/HEARING SCHEDULE;** |
| v. | ) | **[lodged] ORDER** |
| | ) | |
| MARIO ALONZO JOHNSON, | ) | **RETROACTIVE CRACK COCAINE** |
| | ) | **REDUCTION CASE** |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The parties, Plaintiff UNITED STATES OF AMERICA, by and through its attorney, Assistant United States Attorney Jason Hitt, and Defendant, MARIO ALONZO JOHNSON, by and through his attorney, Assistant Federal Defender David M. Porter, stipulate and agree that the briefing schedule and hearing date on Mr. Johnson's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), be modified as follows:

Defendant's reply:   Due on or before May 4, 2009

Hearing:             Monday, May 11, 2009, at 8:30 a.m.

/ / /

/ / /

/ / /

/ / /

Dated: February 25, 2009

Respectfully submitted,

| | |
|---|---|
| LAWRENCE G. BROWN<br>Acting United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| /s/ *Jason Hitt*<br>JASON HITT<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Movant<br>MARIO ALONZO JOHNSON |

O R D E R

Pursuant to the parties' stipulation, the Court modifies the briefing and hearing schedule in the above-entitled matter as follows:

    Reply:                 Due on or before May 4, 2009

    Hearing:            May 11, 2009, at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: March 2, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO MODIFY
BRIEFING/HEARING SCHEDULE

-2-