```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MARIO ALONZO JOHNSON
 6

 7
 8              IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     ) No. Cr. S 97-101 WBS
                                  )
12           Plaintiff,           ) **STIPULATED REQUEST TO MODIFY**
                                  ) **BRIEFING/HEARING SCHEDULE;**
13       v.                       ) **[lodged] ORDER**
                                  )
14  MARIO ALONZO JOHNSON,         ) **RETROACTIVE CRACK COCAINE**
                                  ) **REDUCTION CASE**
15           Defendant.           )
                                  )
16  _____ )
```

17      The parties, Plaintiff UNITED STATES OF AMERICA, by and through

18 its attorney, Assistant United States Attorney Jason Hitt, and

19 Defendant, MARIO ALONZO JOHNSON, by and through his attorney, Assistant

20 Federal Defender David M. Porter, stipulate and agree that the briefing

21 schedule and hearing date on Mr. Johnson's motion to reduce his

22 sentence pursuant to 18 U.S.C. § 3582(c)(2), be modified as follows:

23 Defendant's reply:      Due on or before Jun 8, 2009

24 Hearing:                Monday, June 15, 2009, at 8:30 a.m.

25 / / /

26 / / /

27 / / /

28 / / /

Dated: May 1, 2009

Respectfully submitted,

| | |
|---|---|
| LAWRENCE G. BROWN<br>Acting United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| /s/ *Jason Hitt*<br>JASON HITT<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Movant<br>MARIO ALONZO JOHNSON |

O R D E R

Pursuant to the parties' stipulation, the Court modifies the briefing and hearing schedule in the above-entitled matter as follows:

    Reply:                 Due on or before June 8, 2009

    Hearing:            Monday, June 15, 2009, at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: May 5, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO MODIFY
BRIEFING/HEARING SCHEDULE