```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MARIO ALONZO JOHNSON
6
7
8                IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,     ) No. Cr. S 97-101 WBS
                                 )
12          Plaintiff,            ) STIPULATED REQUEST TO MODIFY
                                 ) BRIEFING/HEARING SCHEDULE;
13     v.                        ) [lodged] ORDER
                                 )
14 MARIO ALONZO JOHNSON,         ) RETROACTIVE CRACK COCAINE
                                 ) REDUCTION CASE
15          Defendant.            )
                                 )
16 _____ )
```

17     The parties, Plaintiff UNITED STATES OF AMERICA, by and through
18 its attorney, Assistant United States Attorney Jason Hitt, and
19 Defendant, MARIO ALONZO JOHNSON, by and through his attorney, Assistant
20 Federal Defender David M. Porter, stipulate and agree that the briefing
21 schedule and hearing date on Mr. Johnson's motion to reduce his
22 sentence pursuant to 18 U.S.C. § 3582(c)(2), be modified as follows:
23 Defendant's reply:    Due on or before July 13, 2009
24 Hearing:              Monday, July 20, 2009, at 8:30 a.m.
25 / / /
26 / / /
27 / / /
28 / / /

Dated:  June 8, 2009

Respectfully submitted,

| | |
|---|---|
| LAWRENCE G. BROWN<br>Acting United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| /s/ *Jason Hitt*<br>JASON HITT<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Movant<br>MARIO ALONZO JOHNSON |

**O R D E R**

Pursuant to the parties' stipulation, the Court modifies the briefing and hearing schedule in the above-entitled matter as follows:

    Reply:                Due on or before July 13, 2009

    Hearing:           Monday, July 27, 2009, at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: June 10, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE