1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MARIO ALONZO JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S 97-101 WBS |
|---|---|
| Plaintiff, | ) **STIPULATED REQUEST TO MODIFY** |
| | ) **BRIEFING/HEARING SCHEDULE; ORDER** |
| v. | ) |
| | ) **RETROACTIVE CRACK COCAINE** |
| MARIO ALONZO JOHNSON, | ) **REDUCTION CASE** |
| Defendant. | ) |

The parties, Plaintiff UNITED STATES OF AMERICA, by and through its attorney, Assistant United States Attorney Jason Hitt, and Defendant, MARIO ALONZO JOHNSON, by and through his attorney, Assistant Federal Defender David M. Porter, stipulate and agree that the briefing schedule and hearing date on Mr. Johnson's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), be modified as follows:

Defendant's reply:     Due on or before August 31, 2009

Hearing:               Tuesday, September 8, 2009, at 8:30 a.m.

/ / /

/ / /

/ / /

/ / /

1  Dated:  July 10, 2009

2  Respectfully submitted,

3  LAWRENCE G. BROWN                  DANIEL J. BRODERICK
   Acting United States Attorney      Federal Defender

4
      /s/ *Jason Hitt*                    /s/ *David M. Porter*
5  JASON HITT                         DAVID M. PORTER
   Assistant U.S. Attorney            Assistant Federal Defender

6
   Attorney for Plaintiff             Attorney for Movant
7  UNITED STATES OF AMERICA           MARIO ALONZO JOHNSON

8                               O R D E R

9      Pursuant to the parties' stipulation, the Court modifies the

10 briefing and hearing schedule in the above-entitled matter as follows:

11     Reply:              Due on or before August 31, 2009

12     Hearing:            Tuesday, September 8, 2009, at 8:30 a.m.

13

14 **IT IS SO ORDERED.**

15 Dated:  July 13, 2009

16
                    _____
17                  WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE

-2-