1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MARIO ALONZO JOHNSON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  No. Cr. S 97-101 WBS
                                   )
12              Plaintiff,         )  **STIPULATED REQUEST TO MODIFY**
                                   )  **BRIEFING/HEARING SCHEDULE;**
13        v.                       )  **[~~lodged~~] ORDER**
                                   )
14  MARIO ALONZO JOHNSON,          )  **RETROACTIVE CRACK COCAINE**
                                   )  **REDUCTION CASE**
15              Defendant.         )
                                   )
16  _____ )

17      The parties, Plaintiff UNITED STATES OF AMERICA, by and through

18  its attorney, Assistant United States Attorney Jason Hitt, and

19  Defendant, MARIO ALONZO JOHNSON, by and through his attorney, Assistant

20  Federal Defender David M. Porter, stipulate and agree that the briefing

21  schedule and hearing date on Mr. Johnson's motion to reduce his

22  sentence pursuant to 18 U.S.C. § 3582(c)(2), be modified as follows:

23  Defendant's reply:       Due on or before September 21, 2009

24  Hearing:                 Monday, September 28, 2009, at 8:30 a.m.

25  / / /

26  / / /

27  / / /

28  / / /

1   Dated: August 12, 2009

2   Respectfully submitted,

3   LAWRENCE G. BROWN              DANIEL J. BRODERICK
    Acting United States Attorney  Federal Defender
4
      /s/ Jason Hitt                 /s/ David M. Porter
5   JASON HITT                     DAVID M. PORTER
    Assistant U.S. Attorney        Assistant Federal Defender
6
    Attorney for Plaintiff         Attorney for Movant
7   UNITED STATES OF AMERICA       MARIO ALONZO JOHNSON

8

9                              O R D E R

10      Pursuant to the parties' stipulation, the Court modifies the

11  briefing and hearing schedule in the above-entitled matter as follows:

12      Reply:                Due on or before September 21, 2009

13      Hearing:              Monday, September 28, 2009, at 8:30 a.m.

14

15  **IT IS SO ORDERED.**

16  Dated:  August 14, 2009

17  _____
                                       WILLIAM B. SHUBB
18                                     UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST TO MODIFY
BRIEFING/HEARING SCHEDULE
                        -2-