1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | DAVID M. PORTER, Bar #127024
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
MARIO ALONZO JOHNSON

6

7

8 |                   IN THE UNITED STATES DISTRICT COURT

9 |                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) No. Cr. S 97-101 WBS
                                    )
12 |                 Plaintiff,      ) **STIPULATED REQUEST TO MODIFY**
                                    ) **BRIEFING/HEARING SCHEDULE;**
13 |         v.                      ) **[~~lodged~~] ORDER**
                                    )
14 | MARIO ALONZO JOHNSON,           ) **RETROACTIVE CRACK COCAINE**
                                    ) **REDUCTION CASE**
15 |                 Defendant.      )
                                    )
16 | _____ )

17 |     The parties, Plaintiff UNITED STATES OF AMERICA, by and through

18 | its attorney, Assistant United States Attorney Jason Hitt, and

19 | Defendant, MARIO ALONZO JOHNSON, by and through his attorney, Assistant

20 | Federal Defender David M. Porter, stipulate and agree that the briefing

21 | schedule and hearing date on Mr. Johnson's motion to reduce his

22 | sentence pursuant to 18 U.S.C. § 3582(c)(2), be modified as follows:

23 | Defendant's reply:        Due on or before October 19, 2009

24 | Hearing:                  Monday, October 26, 2009, at 8:30 a.m.

25 | / / /

26 | / / /

27 | / / /

28 | / / /

1    Dated:  September 21, 2009

2    Respectfully submitted,

3    LAWRENCE G. BROWN                DANIEL J. BRODERICK
     Acting United States Attorney   Federal Defender
4
       /s/ Jason Hitt                   /s/ David M. Porter
5    JASON HITT                       DAVID M. PORTER
     Assistant U.S. Attorney         Assistant Federal Defender
6
     Attorney for Plaintiff          Attorney for Movant
7    UNITED STATES OF AMERICA        MARIO ALONZO JOHNSON

8                          O R D E R

9        Pursuant to the parties' stipulation, the Court modifies the

10   briefing and hearing schedule in the above-entitled matter as follows:

11       Reply:                 Due on or before October 19, 2009

12       Hearing:               Monday, October 26, 2009, at 8:30 a.m.

13   **IT IS SO ORDERED.**

14   Dated:  September 21, 2009

15

16                    WILLIAM B. SHUBB
                      UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

     STIPULATED REQUEST TO MODIFY
     BRIEFING/HEARING SCHEDULE
                              -2-