DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIO ALONZO JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>MARIO ALONZO JOHNSON,<br><br>            Defendant. | No. Cr. S 97-101 WBS<br><br>**STIPULATED REQUEST TO MODIFY BRIEFING/HEARING SCHEDULE;**<br>**[~~lodged~~] ORDER**<br><br>**<u>RETROACTIVE CRACK COCAINE REDUCTION CASE</u>** |

The parties, Plaintiff UNITED STATES OF AMERICA, by and through its attorney, Assistant United States Attorney Jason Hitt, and Defendant, MARIO ALONZO JOHNSON, by and through his attorney, Assistant Federal Defender David M. Porter, stipulate and agree that the briefing schedule and hearing date on Mr. Johnson's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), be modified as follows:

Defendant's reply:       Due on or before November 16, 2009

Hearing:                 Monday, November 23, 2009, at 8:30 a.m.

/ / /

/ / /

/ / /

/ / /

Dated:  October 22, 2009

Respectfully submitted,

| | |
|---|---|
| LAWRENCE G. BROWN | DANIEL J. BRODERICK |
| Acting United States Attorney | Federal Defender |
| /s/ *Jason Hitt* | /s/ *David M. Porter* |
| JASON HITT | DAVID M. PORTER |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | MARIO ALONZO JOHNSON |

O R D E R

Pursuant to the parties' stipulation, the Court modifies the briefing and hearing schedule in the above-entitled matter as follows:

    Reply:              Due on or before November 16, 2009

    Hearing:            Monday, November 23, 2009, at 8:30 a.m.

**IT IS SO ORDERED.**

Dated:  October 22, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO MODIFY
BRIEFING/HEARING SCHEDULE

-2-